AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT
### Eastern District of California


Ruben Mora

                    Plaintiff,

          v.

Hartford Life and Accident Insurance
Company,

                    Defendant.


**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 2:16-cv-02753-KJM-DB


Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✗  GRANTED

    ☐ The clerk is directed to file the complaint.


☐  DENIED, for the following reasons:


ENTER this 10th day of January, 2017.


_____
UNITED STATES DISTRICT JUDGE